IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAKA MUHAMMAD,

    Plaintiff,                         No. CIV S-07-0375 GEB GGH P

    vs.

DIRECTOR OF CORRECTIONS, et al.,

    Defendants.                  FINDINGS & RECOMMENDATIONS

_____/

        Plaintiff is a state prisoner pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on the amended complaint filed September 7, 2007.  Plaintiff alleges that prison officials are forcing him to sleep on contaminated mattress.

        On December 10, 2007, plaintiff filed a motion requesting that the court order his removal from the California Department of Corrections and Rehabilitation (CDCR) because defendants are forcing him to sleep on the contaminated mattress.  The court construes plaintiff's December 10, 2007, motion to be a motion for injunctive relief.

        The court does not have the authority to order plaintiff's removal from the CDCR. For this reason, plaintiff's motion for injunctive relief should be denied.  However, plaintiff is not prevented from filing a motion for injunctive relief requesting that defendants be required to provide him with a mattress that is not contaminated.

1       Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's December 10, 2007, motion to be removed from the CDCR, construed as a motion for injunctive relief, be denied.

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED:   01/11/08

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

muh375.56