IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAKA MUHAMMAD,

    Plaintiff,                    No. CIV S-07-0375 GEB GGH P

    vs.

DIRECTOR OF CORRECTIONS, et al.,

    Defendant.                <u>ORDER</u>

_____/

        On January 22, 2008, plaintiff filed a motion for a preliminary injunction in which he complains that he is forced to sleep on a contaminated mattress.

        Accordingly, IT IS HEREBY ORDERED that defendants shall file a response to plaintiff's January 22, 2008, motion for a preliminary injunction within twenty-one days of the date of this order.

DATED: 04/10/08

                                          /s/ Gregory G. Hollows

                                        UNITED STATES MAGISTRATE JUDGE

muh375.fb