1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SHAKA MUHAMMAD,

11            Plaintiff,                          No. CIV S-07-0375 GEB GGH P

12        vs.

13   DIRECTOR OF CORRECTIONS, et al.,

14            Defendants.                    _____ORDER

15   _____/

16            Plaintiff has requested the appointment of counsel.  The United States Supreme

17   Court has ruled that district courts lack authority to require counsel to represent indigent

18   prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In

19   certain exceptional circumstances, the court may request the voluntary assistance of counsel

20   pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991);

21   Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court

22   does not find the required exceptional circumstances.  Plaintiff's request for the appointment of

23   counsel will therefore be denied.

24   /////

25   /////

26   /////

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the

2  appointment of counsel (Docket #32) is denied.

3  DATED: 05/05/08

/s/ Gregory G. Hollows

4

GREGORY G. HOLLOWS
5                                                                         UNITED STATES MAGISTRATE JUDGE

6  GGH: ja
   muha0375.31
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2