1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SHAKA MUHAMMAD,

11          Plaintiff,                      No. CIV S-07-0375 GEB GGH P

12       vs.

13   DIRECTOR OF CORRECTIONS, et al.,

14          Defendants.                     ORDER

15   _____/

16          On February 29, 2008, defendant Sisto filed a motion to dismiss.  Plaintiff did not

17   oppose the motion.  Accordingly, on April 10, 2008, court recommended that defendant's motion

18   be granted.  On April 21, 2008, plaintiff filed a request for judicial notice.  Plaintiff states that he

19   did oppose defendant's motion to dismiss.  The court has no record of plaintiff's opposition.

20          On April 28, 2008, plaintiff filed a "motion for recusement."  Plaintiff requests

21   that the attorneys representing defendants be removed.  Plaintiff's motion is without merit.

22          Accordingly, IT IS HEREBY ORDERED that:

23          1.  The April 10, 2008, findings and recommendations are vacated;

24          2.  Plaintiff is granted twenty days from the date of this order to file an opposition

25   to defendant's motion to dismiss;

26   /////

1

1          3.  Plaintiff's April 28, 2008, motion for recusement is denied.

2   DATED:  05/20/08

/s/ Gregory G. Hollows

3

muh375.vac                                UNITED STATES MAGISTRATE JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26