IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAKA MUHAMMAD,

    Plaintiff,                          No. CIV S-07-0375 GEB GGH P

    vs.

DIRECTOR OF CORRECTIONS, et al.,

    Defendants.                     <u>ORDER</u>

_____/

         Pending before the court is plaintiff's January 22, 2008, motion for injunctive relief in which he claims that he is forced to sleep on a contaminated mattress. On May 1, 2008, defendants filed an opposition to plaintiff's motion. Defendants state that mattresses found to be contaminated with bodily fluids cannot be used by inmates. In this situation, inmates are provided with either a new or used replacement mattress, depending on the availability of mattresses at the time.

         Defendants state that when plaintiff requested a replacement mattress, he was offered an acceptable used mattress that did not have any bodily fluids or bodily fluid stains. According to defendants, plaintiff refused this mattress and demanded a new mattress, which was apparently not available. On May 19, 2008, plaintiff filed a reply to defendants' opposition.

/////

1

After reviewing all of the pleadings, it is unclear whether plaintiff is currently sleeping on a mattress containing bodily fluids or bodily stains. In addition, plaintiff's reply does not address defendants' claim that he refused a used replacement mattress that did not contain bodily fluids or bodily fluid stains.

Accordingly, IT IS HEREBY ORDERED that within ten days of the date of this order, plaintiff shall file a short declaration addressing 1) whether the mattress he is currently sleeping on contains bodily fluids or bodily fluid stains; and 2) whether he refused a replacement mattress that did not contain bodily fluids or bodily fluid stains.

DATED: 06/02/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

muh375.ord