IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAKA MUHAMMAD,

    Plaintiff,                          No. CIV S-07-0375 GEB GGH P

    vs.

DIRECTOR OF CORRECTIONS, et al.,

    Defendants.                ORDER

_____/

        This action is set for an evidentiary hearing on July 30, 2008. The issue to be addressed at this hearing is whether plaintiff has been made to sleep on a contaminated mattress.

        On July 8, 2008, plaintiff filed a request for the court to issue subpoenas for defendant Hines, Nobles and Warden Sisto to appear as witnesses. On July 10, 2008, defendants filed a witness list which includes defendants Hines and Nobles. Plaintiff will be permitted to examine defendants Hines and Nobles at the hearing. Accordingly, the request for subpoenas as to these two defendants is denied.

        Plaintiff does not describe the testimony he intends to elicit from defendant Warden Sisto. It is unlikely that defendant Warden Sisto has personal knowledge regarding the mattress plaintiff is presently sleeping on. Moreover, this court cannot waive fees on the subpoenaing of witnesses. Tedder v. Odel, 890 F.2d 210, 212 (9th Cir. 1989). Accordingly,

1

1 | plaintiff's request for a subpoena as to defendant Warden Sisto is denied.

2 |       Accordingly, IT IS HEREBY ORDERED that plaintiff's July 8, 2008, request for

3 | subpoenas is denied.

4 | DATED: 07/15/08

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

muh375.wit