IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAKA MUHAMMAD,

    Plaintiff,                    No. CIV S-07-0375 GEB GGH P

    vs.

DIRECTOR OF CORRECTIONS, et al.,

    Defendants.           <u>ORDER</u>

                             /

        On August 15, 2008, plaintiff filed a motion for a temporary restraining order. Plaintiff claims that on August 13, 2008, C.C. Romero told him that he is up for transfer in retaliation for pursuing this case. Plaintiff claims that the Deputy Attorney General assigned to this action told prison officials to transfer plaintiff.

        Accordingly, IT IS HEREBY ORDERED that within ten days of the date of this order, defendants shall file a response to plaintiff's August 15, 2008, motion for a temporary restraining order.

DATED: 08/21/08                          /s/ Gregory G. Hollows

                                          UNITED STATES MAGISTRATE JUDGE

muh.ord