IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**SHAKA MUHAMMAD,**

Plaintiff,

v.

**DIRECTOR OF CORRECTIONS, et al.,**

Defendant.

2:07-CV-0375 GEB GGH P

**ORDER**

Defendants' request for an extension of time to file a response to Plaintiff's motion for temporary restraining order was considered by this Court. Good cause appearing, IT IS ORDERED that Defendants have an extension of time to and including September 8, 2008, in which to respond to Plaintiff's motion for temporary restraining order.

Dated:  09/03/08

/s/ Gregory G. Hollows
_____
United States Magistrate Judge

muha0375.eot

*[Proposed] Order*

1