IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAKA MUHAMMAD,

    Plaintiff,                    2:07-0375-GEB-GGH-P

    vs.

DIRECTOR OF CORRECTIONS, et al.,

    Defendants.             ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On November 21, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the

///

1  entire file, the court finds the findings and recommendations to be supported by the record and by
2  proper analysis.
3         Accordingly, IT IS HEREBY ORDERED that:
4         1. The findings and recommendations filed November 21, 2008, are adopted in
5  full; and
6         2. Plaintiff's August 15, 2008, motion for a temporary restraining order (Docket
7  No. 62) and August 26, 2008 motion to stay his transfer (Docket No. 68) is denied.
8  Dated: December 23, 2008

GARLAND E. BURRELL, JR.
United States District Judge